**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 65 EAL 2019

             Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

             v.   :

                         :

TYREE EDWARDS,   :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.